**CARPINTER & BAKER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Circuit Court of Appeals, Second Circuit.
February 4, 1929.

No. 122.

Benjamin Mahler, of New York City, for petitioner.

Mabel Walker Willebrandt, Asst. Atty. Gen., and John Vaughan Groner and Barham R. Gary, Sp. Asst. Attys. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Shelby S. Faulkner, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decision affirmed.

**Steve CETLINSKI and Dave Benshon v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
December 12, 1928.

No. 5328.

James J. Spillane, of Detroit, Mich., for appellants.

C. Frederick Stanton, Asst. U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM. Docketed and dismissed, pursuant to stipulation of counsel.

**CHIN PARK ex rel. CHIN LUN QUONG, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
February 11, 1929.

No. 2291.

Daniel L. Smith, of Boston, Mass., for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. The decree of the District Court is affirmed.

**J. M. CHRISTOPHER and Will Henry Martin v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
December 11, 1928.

No. 5196.

John W. Hilldrop and Howard B. Shofner, both of Nashville, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM. Dismissed, pursuant to motion of counsel for appellants.

**CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RAILWAY CO. v. S. A. GERRARD. CO.**

Circuit Court of Appeals, Sixth Circuit.
February 14, 1929.

No. 5141.

Harmon, Colston, Goldsmith & Hoadly, of Cincinnati, Ohio, for appellant.

Hightower, O'Brien & Porter, of Cincinnati, Ohio, for appellee.

PER CURIAM. Decree of District Court affirmed.